FILED

05/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0669

FILED

MAY 26 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

B.F. and A.F.

ORDER

Youths in Need of Care.

___

On May 12, 2020, the guardian ad litem, Katie Ranta, filed a document entitled "Guardian Ad Litem's Request for Judicial Notice" in which she seeks this Court take judicial notice of her Fifth Report to the Court which she filed in the District Court on April 29, 2020, over five months after the Notice of Appeal was filed with this Court and after Appellant's Opening Brief was filed. Appellant D.F., Father of the above-named Youth, objects to this Court taking judicial notice of the report as the report is not part of the record on appeal.

M. R. App. P. 8(1) identifies the composition of the record on appeal: "the original papers and exhibits filed in the district court, the transcript of proceedings, if any, and a certified copy of the docket entries prepared by the clerk of the district court shall constitute the record on appeal in all cases." Here, Father appeals from the termination of his parental rights issued by the District Court on October 28, 2019. Clearly, the report of which the guardian ad litem now seeks we take judicial notice was not considered by the District Court as it was prepared several months after the District Court issued its termination order. The report is not part of the record on appeal and seeking judicial notice be taken of this report is completely inappropriate. It was not before the District Court prior to termination of Father's parental rights and is not relevant in regard to determining the issue on appeal— whether the District Court properly terminated Father's parental rights.

Accordingly,

IT IS HEREBY ORDERED the Guardian Ad Litem's Request for Judicial Notice is DENIED.

This filing shall be REMOVED from the record and RETURNED to Ranta.

The Clerk of this Court shall provide a copy of this Order to Ranta personally and to all parties of record.

DATED this ⎄ day of May, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices